UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.  8:04-cv-150-T-30EAJ |
| : | |
| NUMEROUS PARCELS OF REAL : | |
| PROPERTY, VEHICLES, AND : | |
| CURRENCY AS DESCRIBED : | |
| IN "ATTACHMENT A" TO THE : | |
| COMPLAINT FOR FORFEITURE IN : | |
| REM, : | |
| : | |
| Defendants. : | |
| _____: | |

**DEFAULT JUDGMENT OF FORFEITURE
AS TO PEDRO LORENZO
<u>AND FINAL JUDGMENT OF FORFEITURE</u>**

THIS CAUSE comes before the court on Motion of the United States for entry of a Default Judgment of Forfeiture as to Pedro Lorenzo and Final Judgment of Forfeiture (Dkt. #65).  The Court, having fully advised in the premises hereby finds as follows:

1. The assets identified in the United States' motion are subject to forfeiture pursuant to 21 U.S.C. §§ 881(a)(6) & (7) as property purchased with drug proceeds or used to facilitate the sale of illegal drugs.

2. Pedro Lorenzo is the title owner to the subject real property.

3. Pedro Lorenzo is a fugitive.

4. The United States has complied with all statutory and constitutional requirements for noticing and has taken sufficient efforts to notice that were reasonably

calculated to inform Pedro Lorenzo of the impending forfeiture action.

5. Moreover, having met the requirements for constructive service under Florida law, constructive service through publication was sufficient to serve notice to Pedro Lorenzo as a fugitive.

6. Notice of Forfeiture was published on January 12, 19, and 26, 2007, in The Tampa Tribune, a newspaper of general circulation in Hillsborough County, Florida and in the Miami Daily Business, a newspaper of general circulation in Miami-Dade County, Florida.

7. The United States has entered into a Stipulated Settlement Agreement with Tom Martino Mortgages, Walter Foundation, Sophy Mae Mitchell, and Charles and Margaret Mitchell, who each filed a claim to the subject real property. (Doc. 44).

8. Further, the interest of the only other third party to file a claim, Irma Clay, has been adjudicated. On November 7, 2006, the Court granted summary judgment for the United States and denied Ms. Clay's claim to the subject real property.

9. To date, no other third parties, have filed a petition claiming an interest in the subject properties, and the time for filing such a petition has expired.

Accordingly, it is **HEREBY ORDERED**, **ADJUDGED** and **DECREED** that the United States' motion (Dkt. #65) is GRANTED. It is ORDERED that all right, title, and interest of Pedro Lorenzo in the assets identified below are hereby CONDEMNED and FORFEITED to the United States of America.

It is FURTHER ORDERED that the following real property are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 881, and clear title to said properties are vested in the United States of America:

(1) Real property located at 2520 West Hiawatha Street, Tampa, Florida, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 31, Block "A", OAK GROVE, UNIT #1, according to the plat thereof recorded in Plat Book 31, Page 92, Public Records of Hillsborough County, Florida.

Parcel Identification Number: 30918.0000;

(2) $62,637.00 in United States currency taken from PEDRO LORENZO at arrest;

(3) $2,800.00 in United States currency seized at 2520 W. Hiawatha Street, Tampa, Florida;

(4) $57,800.00 in United States currency taken pursuant to a Florida State Search Warrant from the safety deposit box at Region's Bank, 2770 W. Hillsborough Avenue, Tampa, Florida; and

(5) $3,320.00 in United States currency taken at the arrest of JOSE AMEL RODRIGUEZ.

The Clerk of Court is directed to terminate any pending motions and CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on February 27, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Tonya L. Shotwell
Assistant U.S. Attorney

F:\Docs\2004\04-cv-150.default fj lorenzo.wpd